Anthony UMEKWE, Appellant,

v.

GOLDEN YEARS MANOR, Appellee.

No. 00–2898.

United States Court of Appeals,
Eighth Circuit.

Submitted June 7, 2001.

Decided June 15, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Anthony Umekwe, an African–American male, appeals from the district court's [1] grant of summary judgment in favor of Golden Years Manor in his Title VII action. After de novo review, *see Palesch v. Mo. Comm'n on Human Rights,* 233 F.3d 560, 565–66 (8th Cir.2000), we conclude the district court's judgment was correct for the reasons stated in its opinion. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.